No. 23-Cr-215
Judge Kelley Brisbon Hodge

Dear Your Honor,

I am writing this letter regarding December 19, 2024 and the Status of Counsel Hearing. On this date I asked my attorney if I may retrieve the transcripts for the hearing I attended on this date, and her response was, "I can try."

I made a second request for the transcripts on December 31, 2024, and her response was "I'm in the process of ordering them."

She came to visit me on January 3, 2025 at which time I made third request, and she stated that they were sealed and she would have to file a motion to have them unsealed.

I do not understand why they would be sealed because I never spoke about any co-defendant. All of my comments were about me and my issues. Thus, I feel it is inappropriate for the transcripts to be sealed. I'm going to trial in a couple of months and I need any and every little piece of support to fight my case.

I'm asking you, Your Honor, if you may please unseal the transcripts.

Thank you for understanding and giving time out of your day.

Respectfully,

Chihean Jones
FDC - Philadelphia
PO Box 562
Philadelphia, PA 19105

Chihean Jones
75967-510
FDC Phila
P.O. Box 562
Phila, PA 19105

PHILADELPHIA PA 190
15 JAN 2025 PM 9 L



U.S.M.S.
X-RAY


RECEIVED
JAN 17 2025

Clerk of Court
601 Market St.
Phila, PA 19105

19106-172999