IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | NO. 23-215-03 |
| CHIHEAN JONES | |

**O R D E R**

**AND NOW**, this 19th day of September, 2025, upon consideration of Defendant's Motion to Suppress (ECF No. 135), the Government's Response in Opposition (ECF No. 144), and the parties' oral arguments (ECF No. 212), **IT IS ORDERED** that Defendant's motion is **DENIED.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.